IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>$6,123,652.21 SEIZED FROM THE FTX TRADING LIMITED ACCOUNT IN THE NAME OF "EVEGNII IGOREVICH POLIANIN" BEGINNING WITH "0X67E"<br><br>        *Defendant in Rem.* | NO. 3:22-CV-172-L |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rule 3.1(c), the United States of America states that other than the United States and potential claimant Yevgeniy Igorevich Polyanin, a/k/a Evgeniy Polyanin, a/k/a Evegnii Igorevich Polianin, the undersigned is currently unaware of any person, organization, or other legal entity who may be financially interested in the outcome of this case.[1]

Dated this 28th day of January 2022.

Respectfully submitted,

CHAD E. MEACHAM
United States Attorney

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-.659-8600
Facsimile: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov
ATTORNEY FOR PLAINTIFF

---

[1] The Defendant Property is proceeds of ransomware attacks. The United States will be separately filing under seal a list of the victims.

USA Certificate of Interested Persons – Page 1