IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>$6,123,652.21 SEIZED FROM THE FTX TRADING LIMITED ACCOUNT IN THE NAME OF "EVEGNII IGOREVICH POLIANIN" BEGINNING WITH "0X67E"<br><br>*Defendant in Rem.* | NO.  3:22-CV-172-L |

## WARRANT FOR ARREST OF PROPERTY *IN REM*

WHEREAS, a Complaint for Forfeiture was filed on January 26, 2022, in the Northern District of Texas, alleging the defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C) & (G); the United States Marshals Service (or designee) is ordered, pursuant to Rules G(3)(b)(i) and G(3)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to arrest the defendant property; take it into possession for safe custody; and make a due and prompt return.

SIGNED this _____ day of _____ 2022.

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

By: _____
DEPUTY