IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>$6,123,652.21 SEIZED FROM THE FTX TRADING LIMITED ACCOUNT IN THE NAME OF "EVEGNII IGOREVICH POLIANIN" BEGINNING WITH "0X67E" | NO.  3:22-CV-00172-L |

## NOTICE OF PUBLICATION

Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I certify that the government posted notice of this forfeiture action on an official government site (www.forfeiture.gov) for at least 30 consecutive days beginning August 2, 2022, as shown by the Advertisement Certification Report attached as Exhibit A.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Tiffany.Eggers@usdoj.gov
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney certifies that in accordance with Fed. R. Civ. P. 5, LR 5.1, and the Miscellaneous Order on Electronic Case Filing (ECF), the following document:

United States' Notice of Publication

was filed on September 8, 2022, pursuant to the district court's ECF system as to ECF filers.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney